UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| TAMARA STAR COMES OUT, a/k/a TAMARA STAR,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD AHSAN,<br><br>Defendant. | CIV. 05-5075-KES<br><br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

Edwin E. Evans, Mark W. Haigh, and Davenport, Evans, Hurwitz & Smith, L.L.P., counsel for Defendant Mohammad Ahsan, respectfully request and move the Court to permit them to withdraw from representation of Defendant in this action.

Dated at Sioux Falls, South Dakota, this 27th day of February, 2006.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.


_____
Edwin E. Evans
Mark W. Haigh
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Defendant Muhammad Ahsan, M.D.*