UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| TAMARA STAR COMES OUT, a/k/a TAMARA STAR,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD AHSAN,<br><br>Defendant. | CIV. 05-5075-KES<br><br><br><br>**AFFIDAVIT OF MARK W. HAIGH** |

STATE OF SOUTH DAKOTA  )
                       : ss.
COUNTY OF MINNEHAHA    )

Mark W. Haigh, being first duly sworn upon oath, states and alleges as follows:

1.  I am an attorney licensed to practice law in the State of South Dakota and a member of the law firm Davenport, Evans, Hurwitz & Smith, L.L.P., attorneys for Defendant in the above-captioned matter. I submit this affidavit in support of Motion to Withdraw as Counsel for Defendant.

2.  On or about October 4, 2005, Davenport, Evans, Hurwitz & Smith, L.L.P. was retained by Shand Morahan & Company, Inc., insurer for Mohammad Ahsan, M.D., to defend Dr. Ahsan with regard to the above-captioned matter.

3.  Since this firm's representation of Dr. Ahsan, we have attempted to maintain communication with him through correspondence, e-mail, and phone calls and have had difficulty obtaining appropriate responses. Dr. Ahsan's lack of responsiveness and refusal to cooperate have made it unreasonably difficult to continue to defend him.

4.  The case is in its early stages, and I have obtained consent from Plaintiff's attorney to obtain a 60-day extension of deadlines in the case. As such, I do not believe our firm's withdrawal of the representation of Dr. Ahsan at this stage of the litigation will prejudice Dr. Ahsan's defense.

Further affiant saith not.

Dated at Sioux Falls, South Dakota, this 27th day of February, 2006.

_____
Mark W. Haigh

Subscribed and sworn to before me this 27th day of February, 2006.

_____
Dori L. Quam
Notary Public, South Dakota
My commission expires: 2/4/2010

DORI L. QUAM
NOTARY PUBLIC
SOUTH DAKOTA
SEAL