UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| **TAMARA STAR COMES OUT, a/k/a TAMARA STAR,** | ) ) ) | |
| Plaintiff, | ) ) | CIVIL NO. 05-5075-KES |
| vs. | ) ) | **PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW** |
| **MOHAMMAD AHSAN, and VISTA STAFFING SOLUTIONS, INC.,** | ) ) ) | |
| Defendants. | ) | |

Plaintiff submits this response to the Motion to Withdraw as Attorney filed on February 27, 2006.

Plaintiff has no objection to the motion so long as counsel for the Defendant is ordered to provide the Court and counsel for the Plaintiff complete and current contact information for Defendant Ahsan.

After counsel for the Defendant made an appearance in the action, counsel for Plaintiff mailed a Summons, Complaint, and Waiver of Service for execution by the Defendant.  Defendant has not yet returned that Waiver of Service.  Counsel for Defendant has assured Plaintiff's counsel that service of process would not be raised as a defense.

Plaintiff desires to serve the Defendant and needs the contact information so as to complete this service and notify the Defendant of trial and further proceedings herein.

WHEREFORE, Plaintiff has no objection to the Defendant's motion so long as current and complete contact information is provided.

Dated this 28th day of February, 2006.

                BARKER, WILSON, REYNOLDS & BURKE, LLP

BY:   */s/ Michael A. Wilson*
     Michael A. Wilson
     *Attorney for Plaintiff*
     4200 Beach Dr., Suite 1
     P.O. Box 9335
     Rapid City, SD 57709-9335
     (605) 718-8000

## CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2006, I caused the foregoing **PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW** to be filed electronically with the Clerk of District Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following::

Lonnie Braun
*Attorney for Def. Vista Staffing*
P.O. Box 8108
Rapid City, SD  57709-8108

Edwin E. Evans
*Attorney for Def. Ahsan*
P.O. Box 1030
Sioux Falls, SD  57101-1030

        */s/ Michael A. Wilson*
        Michael A. Wilson