UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| TAMARA STAR COMES OUT, a/k/a Tamara Star, | CIV. 05-5075-KES |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO WITHDRAW |
| MOHAMMAD AHSAN, | |
| Defendant. | |

Edwin E. Evans, Mark W. Haigh, and Davenport, Evans, Hurwitz & Smith, L.L.P., move for permission to withdraw from representation of defendant. Plaintiff has no objection so long as counsel for defendant is ordered to provide the court and counsel for plaintiff complete and current contact information for defendant Ahsan. Good cause appearing, it is hereby

ORDERED that the motion to withdraw (Docket 14) is granted.

IT IS FURTHER ORDERED that Edwin E. Evans, Mark W. Haigh, and Davenport, Evans, Hurwitz & Smith, L.L.P. shall provide to plaintiff's counsel complete and current contact information for defendant Ahsan.

IT IS FURTHER ORDERED that defendant Ahsan shall (1) advise the court that he wishes to proceed pro se, or (2) provide the court with the name of new counsel, and new counsel engaged by defendant must file a notice of appearance with this court. The notice of appearance should be filed by **April 6, 2006**.

Dated March 6, 2006.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE