

# BARKER WILSON LAW FIRM LLP

| | | |
|---|---|---|
| 211 ZINNIA STREET<br>PO BOX 100<br>BELLE FOURCHE, SD 57717-0100<br>PHONE 605-723-8000<br>FAX 605-723-8010 | *REPLY TO: RAPID CITY OFFICE*<br><br>May 7, 2008 | 730 SOUTH STREET<br>PO BOX 1795<br>RAPID CITY, SD 57709-1795<br>PHONE 605-719-5195<br>FAX 605-719-5196 |

Writer's E-mail:
mwilson@barkerwilsonlaw.com

Rob Gusinsky
U.S. Attorney's Office
515 9th Street
Rapid City, SD 57701



Re: Tamara Starr v. Mohammad Ahsan
Civil No.: 05-5075

Dear Rob:

I served a subpoena upon Denise Evans in this case. Denise is an employee of Oglala Sioux Tribe Department of Public Safety, Security Division. She provides security services at the IHS Hospital and I believe they received their funding from the federal government. I believe she is a contract employee under the Touhy regulations. I sent the Touhy requests to the various parties as required by the rules.

The reason I am writing to you is that Denise Evans has expressed a desire to have access to the report that she actually prepared in this case. That was not available to her at the time of her deposition.

She is going to be searching the archives to try to gather that record. I am writing to request access to that record as the witness would prefer to have access as well so as to give the most accurate testimony possible.

Thank you for your consideration. I am sending a copy of this letter to Dan Duffy, attorney for Dr. Ahsan, as well as Phil Clifford Jr., Denise Evans's supervisor at the OST Department of Public Safety.

Very truly yours,

**BARKER WILSON LAW FIRM, LLP**

Michael A. Wilson

MAW/sv
cc: Denise Evans
      Phil Clifford Jr.
      Dan Duffy
      Tamara Star

---

*Licensed in South Dakota and Wyoming*

*Kenneth E. Barker and Michael A. Wilson are certified Civil Trial Specialists by the National Board of Trial Advocacy*

**EXHIBIT 1**