UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
MAY 29 2008
CLERK

| | | |
|---|---|---|
| **TAMARA STAR COMES OUT,** a/k/a **TAMARA STAR,** | ) ) ) ) | Civil No. 05-5075 |
| Plaintiff, | ) ) ) | **PLAINTIFF'S MOTION TO FILE UNDER SEAL the PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO INTRODUCE RULE 412 EVIDENCE** |
| -vs- | ) ) | |
| **MOHAMMAD AHSAN,** | ) ) | |
| Defendant. | ) | |

Plaintiff respectfully requests that the Court authorize Plaintiff to file under seal Plaintiff's Response to Defendant's Motion to Introduce Rule 412 Evidence. This Motion is made pursuant to Fed. R. Evid. 412(c)(2).

Dated this 29th day of May, 2008.

BARKER WILSON LAW FIRM, LLP

By: _____
Michael A. Wilson
*Attorney for Plaintiff*
730 South Street
P.O. Box 1795
Rapid City, SD 57709-1795
(605) 719-5195

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of May, 2008, he caused a copy of the foregoing **MOTION TO FILE UNDER SEAL the PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO INTRODUCE RULE 412 EVIDENCE** to be filed electronically and served by electronic mailing to the following:

Daniel F. Duffy
Bangs, McCullen, Law Firm
333 West Blvd.
Rapid City, SD 57701

_____
Michael A. Wilson