

FILED
JUN 1 2 2008
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| **TAMARA STAR COMES OUT, a/k/a TAMARA STAR,** | ) ) ) | Civil No. 05-5075 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **MOHAMMAD AHSAN,** | ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Tamara Star Comes Out, a/k/a Tamara Star ("Plaintiff Star), and Defendant Mohammad Ahsan ("Defendant Ahsan"), that Defendant Ahsan can and shall be dismissed from the above-entitled action, with prejudice and without costs to any party, and that an Order for Dismissal may be entered without further notice to any party.

Dated this 6th day of June, 2008.

BARKER WILSON LAW FIRM, LLP

By: _____
Michael A. Wilson
Attorney for Plaintiff, Tamara Star Comes Out
730 South Street
P.O. Box 1795
Rapid City, SD 57709
(605) 719-5195
FAX (605) 719-5196
mwilson@barkerwilsonlaw.com

Dated this 12th day of June, 2008.

        BANGS, McCULLEN, BUTLER,
        FOYE & SIMMONS, L.L.P.

        By: *[signature]* for
        Daniel F. Duffy
        Attorney for Defendant, Mohammad Ahsan
        333 West Boulevard, Suite 400
        ~~P.O. Box 2670~~
        Rapid City, SD 57709-2670
        (605) 343-1040
        (605) 343-1503 (Fax)
        dduffy@bangsmccullen.com