UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| TAMARA STAR COMES OUT, a/k/a TAMARA STAR, | ) ) ) | CIV. 05-5075-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | JUDGMENT OF DISMISSAL |
| MOHAMMED AHSAN, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal with Prejudice, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and without costs to any party.

Dated June 17, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE